UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLINT DIDIER, individually, and CLINT DIDIER 4 CONGRESS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHRISTOPHER VOIGT, an individual, and WASHINGTON STATE POTATO COMMISSION, a Washington State agency,<br><br>                    Defendants. | NO:  4:14-CV-5095-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 38).  On October 23, 2014, Plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this action.  Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. All claims and causes of action in this matter are **DISMISSED** without prejudice.

2. All pending motions are **DENIED** as moot.

3. All pending hearings are stricken.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and close the file.

**DATED** October 23, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2